

## TREVETT CRISTO
### ATTORNEYS

Joseph A. Gawlowicz, Esq., Partner
jgawlowicz@trevettcristo.com

October 12, 2018

**VIA FAX ((585) 613-4085) and EMAIL (kimberly_hardies@nywd.uscourts.gov)**

Hon. Marian W. Payson
U.S. District Court
Westers District of New York
100 State Street
Rochester, NY 14614

    **Subj: ESI Agreement Guidance Request**
    **Zhao v. Keuka College, et al.**
    **Civil Action No. 16-CV-6643**

RECEIVED OCT 12 2018 MARIAN W. PAYSON U.S. Magistrate Judge Western District of New York

Dear Judge Payson:

    At the Rule 16 conference in the above matter, the parties were directed to attempt to negotiate a mutually acceptable ESI agreement, or submit separate proposals for the Court to consider if agreement could not be reached. The parties have had several exchanges of proposals and conversation, but an agreement has not yet been reached.

    In fact, from my perspective we have reached impasse, as the parties remain far apart and set in their respective positions.

    I thus respectfully ask that the Court provide the parties with guidance as to the form of the proposals that it would like to receive, that the Court set a deadline for it to receive them, and provide such other and further advice as it might find helpful for the parties to solve this disagreement.

    It may be helpful for the Court to know that defendants' have served discovery demands on October 10, 2018, while plaintiff has held off doing so in anticipation of resolution of this issue since such resolution will shape discovery moving forward.

    I appreciate the Court's guidance in advance and look forward to receiving it. Thank you.

Respectfully yours,

*[signature]*

Joseph A. Gawlowicz, Esq., Partner

JAG/jga

*[Handwritten note:]* The parties may submit their proposals to the Court, accompanied by letters explaining their positions on issues in dispute.

SO ORDERED
Marian W. Payson
WMP
10/12/18

**ESI Agreement Guidance Request**
October 12, 2018

CC:   Mary Jo S. Korona, Esq.
      Leclair Korona Cole LLP
      *Attorneys for Defendants*
      28 E. Main Street
      Suite 1500
      Rochester, NY 14614
      585-327-4100
      585-327-4200 (Fax)
      mkorona@leclairkorona.com